## JOHANNA GERARDE *v.* ROCCO GERARDE
### (13526)

Foti, Landau and Spear, Js.

Submitted on briefs November 6—decision released November 28, 1995

*David P. Mester* filed a brief for the appellant (plaintiff).

*Lisa A. Faccadio* and *Christine S. Dorsey* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.